UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEORGE EASF SHAHEEN, | ) | |
| | ) | Case No. 11-31102-KRH |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| LYNN L. TAVENNER, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 13-03036-KRH |
| | ) | |
| GLORIA DEAN SHAHEEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED ANSWER**

This matter came before the Court upon the Defendant's Motion for Leave to File Amended Answer in this adversary proceeding. It appearing that the Court entered an Order and Memorandum Opinion on November 26, 2013 (collectively, the "Order Denying the Motion to Reconsider") denying the Defendant's Motion to Reconsider October 18, 2013 Order for Turnover of Annuity and it further appearing that for the reasons stated in the Order Denying the Motion to Reconsider, the Motion for Leave to File Amended Answer is moot or should otherwise be denied, it is hereby ORDERED that Defendant's Motion for Leave to Amend Answer to Complaint be and hereby is denied.

Dec 31 2013

/s/ Kevin R. Huennekens
United States Bankruptcy Court

Entered on Docket:1/2/14

WE ASK FOR THIS:


_____/s/ Christian K. Vogel_____
Bruce H. Matson (Va. Bar No. 22874)
Christian K. Vogel (Va. Bar No. 75537)
LECLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
(804) 783-2003

*Counsel for Gloria Dean Shaheen*


\_/s/ Jeremy S. Williams *(pursuant to permission by 12.30.2013 e-mail)*
Loc Pfeiffer
Jeremy S. Williams
KUTAKROCK
1111 East Main Street, Suite 800
Richmond, VA 23219-3500

*Counsel for Lynn L. Tavenner, Trustee*